# United States Bankruptcy Court
## Northern District of Illinois

In re  **Daniel M Ivans**                                                                 Case No.  **17-05661**
                                    Debtor(s)                                             Chapter  **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:    **Battaglia Distributing Co., Inc.**

Address: **c/o Orin Rotman**
         **177 West Washington St., Suite 1105**
         **Chicago, IL 60602**

**Please be advised that effective June 14, 2017,**
**The Creditor's new mailing address is:**

Name:    **Battaglia Distributing Co., Inc.**

Address: **c/o Orin Rotman**
         **77 West Washington St., Suite 1105**
         **Chicago, IL 60602**

                                                    /s/ **Timothy M. Hughes 6208982**
                                                    **Timothy M. Hughes 6208982**
                                                    Authorized Signer/Title