UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-05661
    Daniel M. Ivans  )
  )  Chapter: 13
  )  Honorable Donald R. Cassling
  )
  )
  Debtor(s)  )

### Order Authorizing Sale of 1901 DURAND AVENUE, MT PLEASANT, WI

    This matter coming before the Court on Debtor's, Daniel Ivans, Motion to Sell Wisconsin Real Estate due notice given and the Court advised in the premises. IT IS HEREBY ORDERED:

  The Debtor's motion is granted, and Debtor is authorized to sell that certain commercial real property commonly known as 1901 DURAND AVENUE, MT PLEASANT, WI 53403 pursuant to the terms of the Contract attached to Debtor's motion. After the payment of all ordinary and customary closing fees and costs, the Debtor's proceeds portion shall be tendered to the Trustee Tom Vaughn and sent to
Tom Vaughn, Trustee
P. O. Box 588
Memphis, TN 38101-0588

Enter: *Donald R. Cassling* (signature)

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 28, 2017

**Prepared by:**

Timothy M. Hughes 6208982
Lavelle Law, Ltd.
1933 N. Meacham Road, Suite 600
Schaumburg, IL 60173
847-705.7555