EXHIBIT A:  Unclaimed Debtor Returns on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1 | 17 b 05661 | Ivans, Daniel M | Daniel M Ivans | $144,699.30 | Check issued to debtor returned refused. Unable to forward. |
| | | | 8500 N Lincoln Ave #313 | | |
| | | | Skokie IL 60077 | | |

$144,699.30