UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 17-05661 |
| | ) | |
| Daniel M Ivans, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

**Order on Application for Payment of Unclaimed Funds (Docket No. 65)**

This matter comes before the court on Premium-Refunds LLC's Application for Payment of Unclaimed Funds (the "Application") (Docket No. 65). The matter was heard in court on December 10, 2024 at 1:30 p.m.

At that hearing, the court stated that one reason the Application (Docket No. 65) was denied because the Applicant is an LLC without an attorney. *See U.S. v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008). In addition, the Debtor's death certificate shows that he was divorced.

For the foregoing reasons, it is hereby ORDERED that:

1. The Application (Docket No. 65) is denied.

**Date:** December 10, 2024        **ENTER:** *J. Cox  Jacqueline P. Cox*
                                   Chief Judge Jacqueline P. Cox
                                   U.S. Bankruptcy Court
                                   Northern District of Illinois